

# NUMBER 13-26-00385-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SERGIO SAN MIGUEL,**                                                    **Appellant,**

**v.**

**BELLCO CREDIT UNION**
**SERVICED BY UPGRADE INC.,**                                        **Appellee.**

---

## ON APPEAL FROM THE 23RD DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Peña, West, and Fonseca**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on its own motion. On May 13, 2026, appellant filed a notice of restricted appeal in trial court cause number 25-M-0027. On May 18, 2026, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date of the notice. Appellant was also notified that the notice of appeal does not

comply with Texas Rules of Appellate Procedure 9.1(b) and 25.1, and appellant was provided thirty days to cure the defect. *See* TEX. R. APP. P. 9.1(b), 25.1, 37.1.

On June 9, 2026, the Clerk of the Court notified appellant that he was delinquent in paying the $205.00 filing fee and that if the filing fee was not paid within 10 days, the appeal would be dismissed. *See id.* R. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE § 51.207 (delineating the required fees and costs in an appellate court).

On June 15, 2026, the Clerk of the Court notified appellant that the District Clerk, Janice Hawthorne, had notified the Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was further notified that unless he made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. 37.3(b).

Appellant has failed to cure the defective notice of appeal, failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
6th day of August, 2026.

2